UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KING SOLOMON SEALS-ALLAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:25-cv-1908-MTS |
| ) | |
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]; *see also* 28 U.S.C. § 1915(a)(1). Because the Application shows he is unable to pay the filing fee, the Court will grant it. After review of Plaintiff's Complaint and related filings, the Court concludes this case is plainly frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). For that reason, the Court will enter herewith an Order of Dismissal. Further, the Court will certify that an appeal from the dismissal of this frivolous action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A); *see also A-Abart Elec. Supply, Inc. v. Emerson Elec. Co.*, 956 F.2d 1399, 1407 (7th Cir. 1992) ("An appeal of the dismissal of a frivolous claim is frivolous.").

Accordingly,

- 2 -

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **GRANTED**. The Court will enter herewith an Order of Dismissal. *See* 28 U.S.C. § 1915(e)(2)(B)(i).

Dated this 10th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE